AO91 (Rev. 12/03) Criminal Complaint      FELONY      AUSA      United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

*May 21, 2024*

Southern District Of Texas Brownsville Division      Nathan Ochsner, Clerk of Court

**UNITED STATES OF AMERICA**
vs.

Manuel Antonio BALAN-Alamilla
A213 232 826  Mexico
AKA BALAN-Alamilla, Manuel

**CRIMINAL COMPLAINT**

Case Number: 1:24-MJ- 299

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __May 20, 2024__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s)

an alien who had previously been denied admission, excluded, deported, or removed, knowingly and unlawfully was present in the United States having been found in Cameron County, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States,

in violation of Title __8__ United States Code, Section(s) __1326(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was encountered by Border Patrol agents conducting Linewatch operations near Brownsville, Texas on May 20, 2024. The defendant is a citizen and national of Mexico who was previously deported, excluded or removed from the United States on May 17, 2024. Record checks revealed that the defendant has not applied for permission from the proper Authorities to re-enter the United States.

Defendant had $600.00 Mexican Pesos at the time of arrest.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Signature of Complainant

Garza, Carlos   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, on

May 21, 2024                             at      Brownsville, Texas
Date                                              City/State

Karen Betancourt          U.S. Magistrate Judge
Name of Judge             Title of Judge              Signature of Judge